UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,   CASE NO: 18-3700-GOODMAN

    Plaintiff,

vs.

**JORGE ALBERO PEREZ**,

    Defendant.

_____/

### **DEFENDANT'S MEMORANDUM ON PRE-TRIAL DETENTION**

The Government seeks to detain the Defendant, **JORGE A. PEREZ,** based upon a claim of "dangerousness" due to fraudulent credit card activity resulting to a loss, according to the Government, of about $10,000. The Defendant submits this is erroneous for the following reasons:

### **ARGUMENT**

The Government concedes, and the Defendant agrees, there is no controlling Eleventh Circuit precedent on this point. However, in Judge Torres' decision in *Giordano,* also cited by the Government, the issue was addressed and the Defendant was granted release. In that case, the Defendant was charged with thirty-five (35) counts of conspiracy, mail fraud, wire fraud and money laundering.in a "long-running fraud that allegedly produced significant sums" of money. Judge Torres concluded that while dangerousness could be found in a case involving purely economic crimes, detention was not warranted particularly where there was no evidence that the Defendant intended to flee. Like in *Giordano,* defendants charged with significantly more serious offenses than that alleged in this Indictment are routinely granted pre-trial release. See also *United States v. Madoff*, 586 F. Supp. 2d 240 (S.D. N.Y. 2009)(wherein the leader of arguably the largest ponzi scheme criminal investigation in the United States was awarded

pretrial release despite the fact that he had dissipated assets in violation of his original release conditions.).

      The Defendant submits that he is entitled to pretrial release and that there are release conditions that will reasonably ensure the Defendant's appearance as required and that will not endanger the safety of any other person or the community.

>GEORGE T. PALLAS, P.A.
>2420 Coral Way
>Miami, Florida  33145
>(305) 856-8580
>
>By: /s/ George T. Pallas_____
>    GEORGE T. PALLAS, ESQ.
>    Fla. Bar No.: 348694

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this  3rd  day of December, 2018, with the Clerk of the Court using CM/ECF.

>By:    /s/   George   T.   Pallas
>
>GEORGE T. PALLAS, ESQ.